**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RAFAEL MARCHANTE,

                Plaintiff,

                v.

REUTERS AMERICA LLC, and
REUTERS NEWS & MEDIA INC.,

                Defendants.

Case No. 1:23-cv-08864-DEH

## DECLARATION OF CATHERINE SEIBEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

**I, Catherine Seibel,** an attorney authorized to practice before the United States District Court for the Southern District of New York, hereby declare under penalty of perjury under the laws of the United States as follows:

1. I am an associate with the law firm Ballard Spahr LLP, with offices located at 1675 Broadway, 19th Floor, New York, NY 10019. I make this declaration based upon my own personal knowledge and review of relevant documents. This declaration is filed on behalf of Defendants Reuters America LLC and Reuters News & Media Inc. ("Defendants" or "Reuters") in support of Defendants' motion to dismiss.

2. On April 30, 2021, Plaintiff Rafael Marchante ("Plaintiff") sent a letter to Reuters España purporting to renounce the Freelancer Agreement. I obtained a certified translation of that letter. A true and correct copy of the certified translation, the certificate of translation, and the original Spanish letter is attached hereto as Exhibit A.

3. On October 11, 2023, Reuters España filed suit against Plaintiff in Spain to

2

resolve the validity of the Freelancer Agreement at issue in the instant suit.  I obtained a certified translation of the demand filed in that suit.  A true and correct copy of the certified translation, the certificate of translation, and the original Spanish demand is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 4, 2023.

_s/ Catherine Seibel_
Catherine Seibel

2