# Exhibit A

Doc 8

**Rafael Marchante**

Rafael Marchante

Sinariega 12, Sinariega

33586 Asturias

**Reuters España SA**

Paseo de la Castellana 36-38,

28046 Madrid, Spain

Lisbon, April 30, 2021;

**Reference: Contract termination to the royalties agreement for freelance photographs signed on July 11, 2005;**

Dear Sir/Madam,

Following the formalization of the agreement to hold the professional freelance photographer relationship with Reuters and any company of that group terminated, I hereby proceed to file a contract termination to the royalties agreement for photographs described above, this rescission being effective from May 30, 2021, the date on which it ceased to be effective.

In addition, I request that I be sent a Report up to that date of all worldwide sales made in connection with the secondary sales subject to royalty payments for photo shoots and individual photographs taken by me since 2005 on assignment for the Reuters group companies.

Sincerely,

[signature]

Rafael Marchante,

# DECLARATION AND CERTIFICATION

I BRUCE TAYLOR declare that I am a CERTIFIED TRANSLATOR registered with the AMERICAN TRANSLATORS ASSOCIATION.

I am certified to translate from the SPANISH language to the ENGLISH language. My Certification Number is 503180.

I declare to the best of my abilities and belief that this is a true and accurate translation of the Spanish language text of:

Doc 8 carta de Marchante resolucion contrato unilateral DMFIRM_409858909(1)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration signed this December 4th, 2023, in Los Angeles, California.

Signature of Certified Translator registered with the American Translators Association:

**BRUCE TAYLOR**

* See attached document



Verify at www.atanet.org/verify

*NOTE: The Certified Translator registered with the American Translators Association must be acknowledged by a notary public.*

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of __Los Angeles__ )

On __12/04/2023__ before me, __Mehran Khorramian, Notary Public__

      Date                                                *Here Insert Name and Title of the Officer*

personally appeared __Bruce Taylor__

                                                      *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

                             *Signature of Notary Public*

**MEHRAN KHORRAMIAN**
COMM. # 2466414
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. NOV. 9, 2027

*Place Notary Seal Above*

──────────────── **OPTIONAL** ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Declaration & Certification__

Document Date: _____ Number of Pages: __1__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

Doc 8

**Rafael Marchante**

Rafael Marchante

Sinariega 12, Sinariega

33586 Asturias

                              **Reuters España SA**

                              Paseo de la Castellana 36-38,

                              28046 Madrid, España

Lisboa, 30 de Abril de 2021;

**Referencia: Denuncia del contracto de regalias para fotógrafos autónomos firmado en 11 de Julio de 2005;**

Estimados Señores,

Tras la celebración del acuerdo para dar por terminada la relación profesional de fotógrafo autónomo con Reuters y cualquier empresa del grupo, a través de la presente procedo a la denuncia del contrato de regalías para fotógrafos autónomos identificado anteriormente, siendo esta rescisión con efectos en el 30 de mayo de 2021, fecha en la que dejará de tener efecto.

Más vengo a solicitar que me envíen hasta tale plazo, un informe de todas las ventas mundiales realizadas en relación a las segundas ventas sujetas a pagos de royalties de trabajos fotográficos y simples fotografías tomadas por mí desde 2005 en asignatura a las empresas del grupo Reuters.

Cordialmente,

Rafael Marchante,